# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cary, Peter G. | United States Bankruptcy Court for the District of Maine | 1/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Maine
537 Congress Street, Second Floor
Portland, ME 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Personal Representative | Estate #1 |
| 2. | Member-Vice President | MittelAsen, LLC (through 1/4/14) |
| 3. | Treasurer | State-Federal Judicial Council - a not-for-profit unincorporated association of Maine state and federal judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | MittelAsen, LLC - 401(k) Profit Sharing Plan with Great West Financial |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 1/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Northwestern Mutual Life Insurance Company (payout from death of insured) | $3,538.37 |
| 2. | 2014 | MittelAsen, LLC (former law firm - buy out and receivables) | $62,489.65 |
| 3. | 2014 | Estate #1 | $7,552.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Maine International Trade Center - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cumberland Bar Association | 2-27-2014 | Portland, ME | Annual Luncheon Speaker | lunch |
| 2. | American Bankruptcy Institute | 7-17-2014 - 7-20-2014 | Stowe, VT | Northeast Meeting and CLE (presenter) | transportation (gas and tolls), meals, hotel and tuition |
| 3. | National Conference of Bankruptcy Judges | 10-08-2014 - 10-11-2014 | Chicago, IL | Annual Meeting | hotel, meals, architecture river tour |
| 4. | Massachusetts Continuing Legal Eduction | 11-05-2014 | Boston, MA | Bankruptcy 2014 CLE (presenter) | transportation and tuition |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 1/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MittelAsen, LLC Profit Sharing Plan 401(k) - | F | Int./Div. | O | T | | | | | |
| 2. - Franklin Strategic Income Fund - A | | | | | Sold | 10/07/14 | L | | |
| 3. - MFS Research Bond Fund R3 | | | | | Sold | 10/07/14 | M | | |
| 4. - American Funds Growth Fund of AM R3 | | | | | Sold | 10/07/14 | M | | |
| 5. - MFS Value Fund R3 | | | | | Sold | 10/07/14 | M | | |
| 6. - Ridgeworth Class Mid Cap Value | | | | | Sold | 10/07/14 | M | | |
| 7. - Delaware Global Fund Value Fund A | | | | | Sold | 10/07/14 | L | | |
| 8. - American Funds AMCAP R6 | | | | | Buy | 10/07/14 | L | | |
| 9. - RidgeWorth Large Cape Value Equity I | | | | | Buy | 10/07/14 | M | | |
| 10. - Western Asset Core Plus Bond Fund I | | | | | Buy | 10/07/14 | M | | |
| 11. - Victory Established Value I | | | | | Buy | 10/07/14 | M | | |
| 12. - American Funds New Perspective | | | | | Buy | 10/07/14 | M | | |
| 13. - PIMCO Income Instl | | | | | Buy | 10/07/14 | L | | |
| 14. KeyBank, NA Accounts | A | Interest | L | T | | | | | |
| 15. Vanguard Accounts | B | Int./Div. | L | T | | | | | |
| 16. - GNMA Fund Investor Shares | A | Dividend | K | T | | | | | |
| 17. - Ltd Term Tax-Exempt Inv | A | Dividend | K | T | Buy (add'l) | 02/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 1/15/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/27/14 | J | | |
| 19. | | | | | Sold (part) | 12/26/14 | J | | |
| 20. - Short Term Bond Index Admin | A | Dividend | J | T | Buy (add'l) | 02/18/14 | J | | |
| 21. | | | | | Sold (part) | 10/27/14 | J | | |
| 22. | | | | | Sold (part) | 12/26/14 | J | | |
| 23. Northwest Mutual Disability Insurance Policy | A | Dividend | J | T | | | | | |
| 24. Estate #1 | A | Int./Div. | M | T | | | | | |
| 25. - Real Estate located in Cumberland County, Maine | | | | | | | | | |
| 26. - Checking accounts (2) in Portland, Maine | | | | | | | | | |
| 27. - Series EE United States Savings Bonds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 1/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cary, Peter G. | 1/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter G. Cary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544